Case 6:20-cv-00040   Document 15   Filed on 09/01/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROHN M WEATHERLY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:20-CV-40 |
| | § | |
| BRIAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Rohn M. Weatherly, an inmate proceeding *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's Motion for Summary Judgment. (D.E. 14).

On June 10, 2020, Plaintiff filed his Complaint, naming the following TDCJ or Stevenson Unit officials in their individual and official capacities: (1) Brian Collier; (2) Timothy C. Jones; (3) J.C. Gonzales; and (4) Valerie Maciel. (D.E. 1, p. 2). Service was ordered by the Court on July 23, 2020 (D.E. 13) and the time for Defendants to respond has not expired.

"Federal courts are permitted to dismiss a summary judgment motion without prejudice if it is filed before any party answers." *Watkins v. Monroe*, No. 6:18cv347, 2019 WL 1869864, at *1 (E.D. Tex. Mar. 27, 2019). In this case, several defendants have yet to be served, and none of the defendants have filed an answer or other responsive pleading. In addition, no discovery has taken place, and no scheduling order regarding discovery has been issued in this case.

Accordingly, it is respectfully recommended that Plaintiff's Motion for Summary Judgment (D.E. 14) be **DENIED without prejudice** as premature.

ORDERED this 1st day of September, 2020.

_____
Julie K. Hampton
United States Magistrate Judge