**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **ROHN M. WEATHERLY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:20-cv-00040** |
| | § | |
| **BRIAN COLLIER,** *et al.,* | § | |
| *Defendants.* | § | |

## JOINT NOTICE OF SETTLEMENT

Defendant Brian Collier ("Defendant"), through the Office of the Attorney General of Texas, and Plaintiff Rohn Weatherly ("Plaintiff") file this joint notice of settlement and hereby notify the Court that the parties have settled as of December 3, 2021. Pursuant to the settlement, Plaintiff is afforded the ability to grow his hair long in accordance with his religious beliefs provided that Plaintiff comply with certain security-based conditions upon which the parties have agreed. With an agreement in place, the December 7 Status Conference, January 13 pretrial conference, and January 18 jury trial as scheduled in the Court's Order Setting Trial Date, Doc. 34, are no longer necessary.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense
Division

/s/ *Evan W. Weltge*
**EVAN W. WELTGE**
Assistant Attorney General
Texas State Bar No. 24110523
evan.weltge@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2080 / (512) 370-9814 (fax)

**ATTORNEYS FOR DEFENDANT**

**JIM COLE**
Attorney

/s/ Samuel Cole
**SAMUEL COLE**
Attorney
Texas State Bar No. 24099154
sam@cceslaw.com

COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, Texas 77901
(361) 575-0551

**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I, **EVAN W. WELTGE**, Assistant Attorney General of Texas, certify that a correct copy of

the foregoing **Joint Notice of Settlement** has been served on all parties of record via the Court's

electronic filing system on December 6, 2021.

/s/ *Evan W. Weltge*
**EVAN W. WELTGE**
Assistant Attorney General