United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ROHN M WEATHERLY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 6:20-CV-00040 |
| § | |
| BRIAN COLLIER, § | |
| § | |
| Defendant. § | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

On this date came to be considered the Joint Stipulation of Dismissal (D.E. 43) of Plaintiff Rohn M. Weatherly and Defendant Brian Collier in the above-numbered captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that all claims filed by Plaintiff Weatherly against all Defendant(s) are hereby dismissed in their entirety with prejudice to the re-filing of same.

It is further **ORDERED, ADJUDGED AND DECREED** that all costs herein incurred shall be taxed against the party incurring same.

The Clerk is **DIRECTED** to close this case.

ORDERED on December 15, 2021.

_____
Julie K. Hampton
United States Magistrate Judge