UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROHN M WEATHERLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:20-CV-00040 |
| | § | |
| BRIAN COLLIER, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Plaintiff has filed a *pro se* letter requesting a copy of the settlement agreement.

(D.E. 45). Plaintiff states that his attorney has not responded to his request for a copy of

the settlement agreement. Attorneys Samuel Callison Cole and James W. Cole are

hereby **DIRECTED** to provide Plaintiff with a copy of the settlement agreement **no later**

**than February 15, 2022**.


ORDERED on February 1, 2022.


Julie K. Hampton
United States Magistrate Judge