IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROHN M. WEATHERLY, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. 6:20-cv-00040 |
| BRIAN COLLIER, *et al.*, *Defendants.* | § § § | |

## NOTICE TO THE COURT

Counsel for Plaintiff, Rohn Weatherly, files this advisory notifying the Court that the undersigned counsel has sent Plaintiff a copy of the Release of All Claims and the Compromise and Settlement Agreement in this case via the U.S. Postal Service.

Respectfully Submitted,

/s/ Samuel Cole
**SAMUEL COLE**
Attorney
Texas State Bar No. 24099154
sam@cceslaw.com
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, Texas 77901
(361) 575-0551
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing instrument was mailed or delivered to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this the 2nd day of February, 2022.